## MEMPHIS LINOTYPE PRINTING CO. v. COMMISSIONER OF INTERNAL REVENUE.

Circuit Court of Appeals, Sixth Circuit.
June 5, 1929.

No. 5447.

Charles M. Bryan, of Memphis, Tenn., and O. R. Ewing, of New York City, for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM. Docketed and dismissed for failure to comply with provisions of rule 18.

## OHIO CLOVERLEAF DAIRY CO. v. COMMISSIONER OF INTERNAL REVENUE.

Circuit Court of Appeals, Sixth Circuit.
June 29, 1929.

No. 5202.

Marshall, Melhorn, Marlar & Martin, of Toledo, Ohio, and Harry J. Gerrity, of Washington, D. C., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM. Order of Board of Tax Appeals affirmed.

## Mary PATCH v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit.
June 29, 1929.

No. 5474.

Catherine Herlehy, of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM. Docketed and dismissed pursuant to motion of counsel for appellee.

## H. G. RICHARDSON v. LOUISVILLE & N. RAILROAD CO.

Circuit Court of Appeals, Sixth Circuit.
June 29, 1929.

No. 5205.

Crabtree & Crabtree, of Memphis, Tenn., for appellant.

H. J. Livingston, of Memphis, Tenn., for appellee.

PER CURIAM. Judgment of District Court affirmed.